**Order entered July 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00207-CV**

**REGINA WREN, Appellant**

**V.**

**MIDWESTERN STATE UNIVERSITY, JAMES JOHNSTON, DEBRA WALKER, JULIA KNAUFF, KRISTINA HALBERG, KATHLEEN WILLIAMSON, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05447**

**ORDER**

Before the Court is appellees' July 8, 2022 motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 5, 2022.

/s/    CRAIG SMITH
       JUSTICE